| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BROWN, JR., GARRETT E. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>2/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>SENIOR JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☐ Annual   ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/01/2011<br>to<br>1/26/2012 |
| 7. Chambers or Office Address<br><br>CLARKSON S. FISHER COURTHOUSE<br>402 E. STATE STREET<br>TRENTON, NEW JERSEY 08609 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADJUNCT PROFESSOR | SETON HALL UNIVERSITY SCHOOL OF LAW |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/27/2012 | GARRETT E. BROWN, JR. AND JAMS ARBITRATION AND MEDIATION SERVICES, TO PERFORM ARBITRATION, MEDIATION AND NEUTRAL CASE EVALUATION AS AN INDEPENDENT CONTRACTOR |
| 2. | | AFTER RETIREMENT. |
| 3. | | |

2012 FEB 23 A 9:37 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E. | 2/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | SETON HALL UNIVERSITY SCHOOL OF LAW | $26,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | WOOLEY LAMB, INC. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. INTELLECTUAL PROPERTY LAW ASSOCIATION | 3/25-26, 2011 | N.Y., N.Y. | MEETING | TRAVEL, FOOD AND LODGING |
| 2. | AMERICAN CONFERENCE INSTITUTE | 5/3/2011 | N.Y., N.Y. | PRESENTER/PANELIST | TRAVEL, FOOD |
| 3. | N.J. STATE BAR ASSOCIATION | 5/18-5/20, 2011 | ATLANTIC CITY, N.J. | PRESENTER/PANELIST | TRAVEL, FOOD AND LODGING |
| 4. | BERKELEY CENTER FOR LAW & TECHNOLOGY | 6/5-8, 2011 | BERKELEY, CA. | PRESENTER/PANELIST | TRAVEL, FOOD AND LODGING |
| 5. | ALI-ABA | 10/7-8, 2011 | N.Y., N.Y. | PRESENTER/PANELIST | TRAVEL, FOOD AND LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E. | 2/15/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | ALI-ABA | 10/12-14, 2011 | NY., N.Y. | PRESENTER/PANELIST | TRAVEL, FOOD AND LODGING |
| 7. | SETON HALL SCHOOL OF LAW | 12/18-31, 2011 | DAR ES SALAAM AND ZANZIBAR, TANZANIA | ADJUNCT PROFESSOR | TRAVEL, FOOD AND LODGING |
| 8. | UNIVERSITY OF TEXAS CLE | 1/19-20, 2012 | ALEXANDRIA, VA. | PRESENTER/PANELIST | TRAVEL, FOOD AND LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E. | 2/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E. | 2/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Acct., PNC Bank, Moorestown, N.J. | A | Int./Div. | J | T | | | | | |
| 2. Prudential Insurance - Whole Life Policy | | None | K | T | | | | | |
| 3. Wells Fargo Bank NA | A | Interest | J | T | | | | | |
| 4. Bank Acct. TD Bank | A | Interest | J | T | | | | | |
| 5. First Trust Diversified Inc. & Growth | A | Dividend | K | T | | | | | |
| 6. First Trust High Income | A | Dividend | K | T | | | | | |
| 7. Wells Fargo Moderate Balance Fund | A | Dividend | K | T | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BROWN, JR., GARRETT E. | 2/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E. | 2/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WIL SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544